UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA BERMUDEZ-BERMUDEZ,<br><br>　　　　　　　Defendant. | CASE NO. MJ23-481<br><br>**ORDER DETAINING DEFENDANT** |

Defendant appeared before the Court, waived a detention hearing in this district, and thus deferred a detention hearing to Defendant's home district, the Middle District of Florida.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the Middle District of Florida. The Court received no verified information about Defendant and Defendant waived a detention hearing in this District.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

ORDER DETAINING DEFENDANT - 1

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 26th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DETAINING DEFENDANT - 2